1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Amazon.com Services, LLC,<br><br>　　*Petitioner*,<br><br>　　v.<br><br>United States Department of Justice,<br><br>　　*Respondent*. | **Case No.**<br><br>**PETITION TO MODIFY SUBPOENAS PURSUANT TO 18 U.S.C. § 1968(h) AND 12 U.S.C. § 1833a(g)(2)** |

　　Petitioner Amazon.com Services, LLC ("Amazon"), through its undersigned counsel, submits this Petition pursuant to 18 U.S.C. § 1968(h) and 12 U.S.C. § 1833a(g)(2) for entry of a protective order modifying subpoenas issued by the U.S. Attorney's Office for the Southern District of New York, a component of Respondent United States Department of Justice, pursuant to the Financial Institutions Reform Recovery and Reinforcement Act, 12 U.S.C. § 1833a. Venue is proper in this District under 18 U.S.C. § 1968(h).  The grounds Amazon raises in seeking such relief are articulated in full in Amazon's Motion for a Protective Order, memorandum of law, and declarations and exhibits attached in support thereof, which Amazon will file contemporaneously with this Petition. Specifically, Amazon seeks modification of the

subpoenas to establish a schedule for the production of electronically stored information ("ESI") to allow Amazon sufficient time to review ESI, produce it, log any documents withheld on basis of privilege, and to provide the government sufficient time to review produced documents in advance of depositions of certain relevant custodians, and for other and further relief as the Court deems just and proper. Amazon requests oral argument on this Petition and accompanying motion.

DATED:  December 22, 2022                              Respectfully submitted,

By:  /s/ James E. Howard

DAVIS WRIGHT TREMAINE LLP

James E. Howard, WSBA #37259

920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone :  +1 206.757.8336
Facsimile :  +1 206.757.7336
Email :  jimhoward@dwt.com


Jason C. Schwartz (*pro hac vice* forthcoming)
Ryan C. Stewart (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 955-8500
jschwartz@gibsondunn.com

Zainab N. Ahmad (*pro hac vice* forthcoming)
Mylan L. Denerstein (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.:  (212) 351-4000
zahmad@gibsondunn.com
mdenerstein@gibsondunn.com

*Attorneys for Petitioner Amazon.com Services, LLC*