| | |
|---|---|
| **From:** | Stewart, Ryan C. |
| **To:** | Lillywhite, Jacob (USANYS); Denerstein, Mylan L.; Ahmad, Zainab; Schwartz, Jason C.; McArthur, Nikki; "Boizelle, Ashley" |
| **Cc:** | Oestericher, Jeffrey (USANYS); Tarczynska, Dominika (USANYS); Kim, Elizabeth (USANYS); Gitlin, Adam (USANYS); Gemmill, Kevin (USANYS) [Contractor]; Hennefeld, Daniel - SOL; Jaklevic, David M - SOL |
| **Subject:** | [EXTERNAL] RE: Amazon |
| **Date:** | Friday, December 23, 2022 1:27:13 AM |
| **Attachments:** | AMZ - Protective Order - Petition.pdf<br>AMZ - Protective Order - WDWA Cover Sheet.pdf<br>AMZ - Protective Order - Motion for Protective Order.pdf<br>AMZ - Protective Order - Motion for Protective Order.pdf |

Counsel:

Please find attached courtesy copies of Amazon's Petition and Motion for Protective Order, as-filed in the United States District Court in the Western District of Washington on December 22, 2022.

Courtesy copies of the remaining, as-filed filings are available at the following dropbox link, given their size: https://www.dropbox.com/s/it4js6xdlqi8f3m/22-cv-01815%20Filings.zip?dl=0

We are also serving copies by certified mail on the Assistant Attorney General for Administration, Justice Management Division in D.C.

Thank you,
Ryan


**Ryan Stewart**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3523 • Cell + 1 202.604.0176 • Fax +1 202.467.0539
RStewart@gibsondunn.com • www.gibsondunn.com

---

**From:** Stewart, Ryan C.
**Sent:** Thursday, December 22, 2022 11:37 PM
**To:** 'Lillywhite, Jacob (USANYS)' <Jacob.Lillywhite@usdoj.gov>; Denerstein, Mylan L. <MDenerstein@gibsondunn.com>; Ahmad, Zainab <ZAhmad@gibsondunn.com>; Schwartz, Jason C. <JSchwartz@gibsondunn.com>; McArthur, Nikki <NMcArthur@gibsondunn.com>; 'Boizelle, Ashley' <boizelle@amazon.com>
**Cc:** jeffrey.oestericher@usdoj.gov; Tarczynska, Dominika (USANYS)