| | |
|---|---|
| **From:** | Stewart, Ryan C. |
| **To:** | Lillywhite, Jacob (USANYS); Denerstein, Mylan L.; Ahmad, Zainab; Schwartz, Jason C.; McArthur, Nikki; "Boizelle, Ashley" |
| **Cc:** | Oestericher, Jeffrey (USANYS); Tarczynska, Dominika (USANYS); Kim, Elizabeth (USANYS); Gitlin, Adam (USANYS); Gemmill, Kevin (USANYS) [Contractor]; Hennefeld, Daniel - SOL; Jaklevic, David M - SOL |
| **Subject:** | [EXTERNAL] RE: Amazon |
| **Date:** | Tuesday, December 27, 2022 11:25:10 PM |

Counsel:  Thank you for your email last night.  We offered times that we were available to meet and confer on December 23, as you requested, and the government never responded to our offer.  While our team is not available for a meet and confer during this holiday week, we would be glad to speak with you early next week and are available to meet and confer Tuesday, 1/3, after 4 pm ET or Wednesday, 1/4, from 9:30 to noon, 1:00-2:00, or 3:00-4:00 ET.  We understand that Messrs. Hennefeld and Jaklevic are out of the office this week as well.  Presumably they will want to join the meet and confer for OSHA.  In the meantime, we will provide written updates on the items below this week – which will also aid meet and confer efforts.  We will also be making additional productions this week of ESI and non-ESI documents.

Best,
Ryan


**Ryan Stewart**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3523 • Cell + 1 202.604.0176 • Fax +1 202.467.0539
RStewart@gibsondunn.com • www.gibsondunn.com

---

**From:** Lillywhite, Jacob (USANYS) <Jacob.Lillywhite@usdoj.gov>
**Sent:** Monday, December 26, 2022 8:51 PM
**To:** Stewart, Ryan C. <RStewart@gibsondunn.com>; Denerstein, Mylan L. <MDenerstein@gibsondunn.com>; Ahmad, Zainab <ZAhmad@gibsondunn.com>; Schwartz, Jason C. <JSchwartz@gibsondunn.com>; McArthur, Nikki <NMcArthur@gibsondunn.com>; 'Boizelle, Ashley' <boizelle@amazon.com>
**Cc:** jeffrey.oestericher@usdoj.gov; Tarczynska, Dominika (USANYS) <Dominika.Tarczynska@usdoj.gov>; Kim, Elizabeth (USANYS) <Elizabeth.Kim@usdoj.gov>; Gitlin, Adam (USANYS) <Adam.Gitlin@usdoj.gov>; Gemmill, Kevin (USANYS) [Contractor] <Kevin.Gemmill@usdoj.gov>; Hennefeld, Daniel - SOL <Hennefeld.Daniel@dol.gov>; Jaklevic, David M - SOL <Jaklevic.David.M@dol.gov>
**Subject:** RE: Amazon

**[WARNING: External Email]**