UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Respondent, <br><br>  and <br><br> MARTIN J. WALSH, SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR, <br><br> Intervenor-Cross Petitioner. | Case No. C22-1815-JCC-MLP <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On June 23, 2023, Petitioner Amazon.com Services LLC and Respondent United States Department of Justice filed status reports regarding Amazon's compliance with the remaining

MINUTE ORDER - 1

production deadlines contained in this Court's January 30, 2023 Order (dkt. # 37). (Dkt. ## 47-48.)

Based on the parties' representations in their status reports, the parties' currently scheduled status hearing on June 27, 2023 is STRICKEN. A new status hearing is set in this matter for **Tuesday, September 5, 2023, at 10 a.m.** The parties are directed to each submit status updates to the Court by **September 1, 2023**, regarding Amazon's compliance with the Court's deadlines. Furthermore, in light of witness and counsel availability and Respondent's lack of opposition, Amazon's time to "make any relevant witnesses available to SDNY for deposition" (dkt # 37 at 5-6) is extended to **August 31, 2023.**

Dated this 26th day of June, 2023.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: /s/Tim Farrell<br>
Deputy Clerk

MINUTE ORDER - 2