UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES, LLC,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Respondent,<br><br>and<br><br>MARTIN J. WALSH, SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR,<br><br>Intervenor-Cross Petitioner. | No. C22-1815-JCC<br><br>**JOINT STIPULATION AND ORDER GRANTING EXTENSION OF DEPOSITION DEADLINE** |

**IT IS HEREBY STIPULATED, AGREED, AND RESPECTFULLY REQUESTED** by and between Petitioner Amazon.com Services LLC ("Amazon"), Respondent the United States Department of Justice ("DOJ"), and Intervenor Julie A. Su, Acting Secretary, United States Department of Labor (the "Secretary")[1] (hereinafter, collectively "the Parties"), through their counsel of record, as follows:

WHEREAS the Court's January 30, 2023 Order (Dkt. 37) ordered that Amazon complete

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary of Labor Julie A. Su is automatically substituted for Martin J. Walsh as Intervenor-Cross Petitioner.

JOINT STIPULATION AND ORDER
REGARDING DEADLINE FOR DEPOSITIONS -1
Case No. C22-1815-JCC

DAVIS WRIGHT TREMAINE
920 Fifth Ave, Suite 3300
Seattle, WA 98104

its review and production of all responsive ESI and complete privilege logs for any withheld responsive documents on the OSHA subpoena requests by June 30, 2023, and provide its responses to the FIRREA-specific subpoena requests served by SDNY by July 31, 2023.

WHEREAS Amazon completed its production of non-privileged ESI and a privilege log by June 30, 2023.

WHEREAS, as noted in the Parties' most recent status reports (Dkt. Nos. 48, 49), Amazon agreed to conduct an additional review of certain entries on its privilege log by July 14, 2023.

WHEREAS Amazon completed that re-review and supplemental production on July 14, 2023.

WHEREAS, based on the Parties' representations in their prior status reports (Dkt. Nos. 48, 49), the Court extended Amazon's time to "make any relevant witnesses available to SDNY for deposition" to August 31, 2023 to permit the Parties to schedule the depositions in light of witness and counsel availability (Dkt. No. 49).

WHEREAS the Parties have been working collaboratively to schedule the depositions for these five witnesses;

WHEREAS availability of witnesses and counsel made holding the depositions for these five witnesses by August 31 infeasible; and

WHEREAS the Parties agree these depositions should be taken on mutually agreed upon dates after the August 31 deadline.

JOINT STIPULATION AND ORDER
REGARDING DEADLINE FOR DEPOSITIONS -2
Case No. C22-1815-JCC

DAVIS WRIGHT TREMAINE
920 Fifth Ave, Suite 3300
Seattle, WA 98104

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND RESPECTFULLY REQUESTED BY THE PARTIES THAT:**

1. The depositions of the five remaining witnesses subpoenaed by DOJ shall be held on mutually agreed upon dates on or before October 20, 2023; and

2. The Parties shall provide an update regarding the status of these depositions on or before October 20, 2023.

**IT IS SO STIPULATED.**

DATED:  August 29, 2023

/s/ James E. Howard

James E. Howard
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone :  +1 206.622.3150
Facsimile :  +1 206.757.7700
Email :  jimhoward@dwt.com

Jason C. Schwartz (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 955-8500
jschwartz@gibsondunn.com

Zainab N. Ahmad (admitted *pro hac vice*)
Mylan L. Denerstein (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-4000
zahmad@gibsondunn.com
mdenerstein@gibsondunn.com

Attorneys for Petitioner Amazon.com Services, LLC

/s/ Jacob Lillywhite (with permission)

DAMIAN WILLIAMS,
United States Attorney,
Southern District of New York

JEFFREY OESTERICHER
DOMINIKA TARCZYNSKA
JACOB LILLYWHITE
ELIZABETH KIM
ADAM GITLIN
Assistant United States Attorneys
United States Attorney's Office
86 Chambers Street
New York, NY 10007
Phone: (212) 637-2800
Email:  Dominika.tarczynska@usdoj.gov

NICHOLAS W. BROWN
United States Attorney, Western District of Washington

KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970

JOINT STIPULATION AND ORDER
REGARDING DEADLINE FOR DEPOSITIONS -3
Case No. C22-1815-JCC

DAVIS WRIGHT TREMAINE
920 Fifth Ave, Suite 3300
Seattle, WA 98104

Fax:  206-553-4067
Email:  kayla.stahman@usdoj.gov

*Attorneys for Respondent United States Department of Justice and Intervenor-Cross Petitioner Julie A. Su, Acting Secretary of the United States Department of Labor*

**IT IS SO ORDERED.**

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DATED:  August 30, 2023

JOINT STIPULATION AND ORDER
REGARDING DEADLINE FOR DEPOSITIONS -4
Case No. C22-1815-JCC

DAVIS WRIGHT TREMAINE
920 Fifth Ave, Suite 3300
Seattle, WA 98104