UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM SERVICES LLC.,

            Petitioner,

   v.

UNITED STATES DEPARTMENT OF JUSTICE,

            Respondent,

   and

MARTIN J. WALSH, SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR,

           Intervenor-Cross Petitioner.

Case No. C22-1815-JCC-MLP

MINUTE ORDER

     The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

     On August 29, 2023, Petitioner Amazon.com Services LLC and Respondent United States Department of Justice ("DOJ") filed a joint stipulation regarding Amazon's compliance with the remaining production and deposition deadlines contained in this Court's January 30,

MINUTE ORDER - 1

2023 Order (dkt. # 37). (Dkt. # 50.) Per the parties' stipulation, the parties agree that the depositions of the five remaining witnesses subpoenaed by DOJ will be held on mutually agreed upon dates on or before October 20, 2023, and agree to provide an update regarding the status of these depositions on or before October 20, 2023. (*Id.*)

Based on the parties' representations in their joint stipulation, the parties' currently scheduled status hearing on September 5, 2023 is STRICKEN. A new status hearing is set in this matter for **Monday, October 23, 2023, at 10 a.m.** The parties are directed to each submit status updates to the Court by **October 20, 2023**.

Dated this 30th day of August, 2023.

Ravi Subramanian
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2