UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES, LLC,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Respondent,<br><br>and<br><br>JULIE SU, ACTING SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR,<br><br>Intervenor-Cross Petitioner. | No. C22-1815-JCC-MLP<br><br>**JOINT STIPULATION AND ORDER GRANTING EXTENSION OF DEADLINE** |

**IT IS HEREBY STIPULATED, AGREED, AND RESPECTFULLY REQUESTED** by and between Petitioner Amazon.com Services LLC ("Amazon"), Respondent the United States Department of Justice ("DOJ"), and Intervenor Julie A. Su, Acting Secretary, United States Department of Labor (the "Secretary") (hereinafter, collectively "the Parties"), through their counsel of record, as follows:

WHEREAS, on October 23, 2023, the Court directed the Parties to meet and confer and file either a joint proposed protective order or separate proposed protective orders and the Parties' positions on the points of disagreement (the "Further Protective Order Submissions") by close of

JOINT STIPULATION AND ORDER
GRANTING EXTENSION OF DEADLINE - 1
Case No. C22-1815-JCC-MLP

UNITED STATES ATTORNEY'S OFFICE
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637-2800

business on October 26, 2023;

WHEREAS the Parties exchanged proposed protective orders on October 25, 2023, and met and conferred to discuss the points of disagreement on October 26, 2023; and

WHEREAS the Parties believe additional time may allow them to narrow those points of disagreement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND RESPECTFULLY REQUESTED BY THE PARTIES THAT** the Parties' time to file their Further Protective Order Submissions is extended to the close of business on October 27, 2023.

**IT IS SO STIPULATED.**

DATED: October 26, 2023

JOINT STIPULATION AND ORDER
GRANTING EXTENSION OF DEADLINE - 2
Case No. C22-1815-JCC-MLP

UNITED STATES ATTORNEY'S OFFICE
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637-2800

| /s/ Jim Howard | /s/ Dominika Tarczynska |
|---|---|

James E. Howard
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone :  +1 206.622.3150
Facsimile :  +1 206.757.7700
Email :  jimhoward@dwt.com

Jason C. Schwartz (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 955-8500
jschwartz@gibsondunn.com

Zainab N. Ahmad (admitted *pro hac vice*)
Mylan L. Denerstein (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.:  (212) 351-4000
zahmad@gibsondunn.com
mdenerstein@gibsondunn.com

Attorneys for Petitioner Amazon.com Services, LLC

DAMIAN WILLIAMS,
United States Attorney,
Southern District of New York

JACOB LILLYWHITE
DOMINIKA TARCZYNSKA
JEFFREY OESTERICHER
ELIZABETH J. KIM
ADAM GITLIN
DAVID FARBER

Assistant United States Attorneys
United States Attorney's Office
86 Chambers Street
New York, NY 10007
(212) 637-2800
jacob.lillywhite@usdoj.gov

NICHOLAS W. BROWN
United States Attorney, Western District of Washington

KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  kayla.stahman@usdoj.gov

*Attorneys for Respondent United States Department of Justice and Intervenor-Cross Petitioner Julie A. Su, Acting Secretary of the United States Department of Labor*

JOINT STIPULATION AND ORDER
GRANTING EXTENSION OF DEADLINE - 3
Case No. C22-1815-JCC-MLP

UNITED STATES ATTORNEY'S OFFICE
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637-2800

**IT IS SO ORDERED.**

Dated this 26th day of October, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

JOINT STIPULATION AND ORDER
GRANTING EXTENSION OF DEADLINE - 4
Case No. C22-1815-JCC-MLP

UNITED STATES ATTORNEY'S OFFICE
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637-2800