UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM SERVICES LLC., *et al.*,

                Petitioner,

    v.

UNITED STATES DEPARTMENT OF
JUSTICE,

                Respondent.

Case No. C22-1815-JCC-MLP

MINUTE ORDER

    The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

    Petitioner filed this action seeking modification of subpoenas issued by Respondent. (Dkt. # 1.) There has been no activity on the docket since November 20, 2023, when the Court entered a protective order governing Petitioner's production pursuant to the subpoenas. (Dkt. # 89.) Accordingly, the parties are ORDERED to file a joint status report, addressing whether this action should be dismissed, by **April 19, 2024**.

    //

    //

    //

MINUTE ORDER - 1

Dated this 8th day of April, 2024.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
     Deputy Clerk

MINUTE ORDER - 2