UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　　Respondent. | Case No. C22-1815-JCC-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On April 19, 2024, the parties filed a joint status report, indicating they do not agree on whether this case should be dismissed at this time. (Dkt. # 91.) The parties represent that they continue to negotiate outstanding requests "related to the underlying subpoenas." (*Id.* at 2; *see also id.* at 3.) The parties do not indicate any current or foreseeable disputes they plan to bring before the Court. Nevertheless, the Court finds it advisable to provide a short extension of time before determining whether this action should be dismissed. Accordingly, the parties are ORDERED to submit a joint status report by **May 31, 2024**, addressing whether this action should be dismissed and, if not, what types of disputes either party expects to arise.

MINUTE ORDER - 1

Dated this 23rd day of April, 2024.

                                             Ravi Subramanian
                                             Clerk of Court

                                         By: Tim Farrell
                                              Deputy Clerk

MINUTE ORDER - 2