UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM SERVICES LLC,

                Petitioner,

     v.

UNITED STATES DEPARTMENT OF JUSTICE,

                Respondent.

Case No. C22-1815-JCC-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On April 19, 2024, the parties filed a joint status report indicating they did not agree on whether this case should be dismissed at that time. (Dkt. # 91.) Since the parties represented they continued to negotiate requests related to the original subpoenas at issue in this matter, the Court provided a short extension to continue negotiating. (Dkt. # 92.) On May 31, 2024, the parties filed a second joint status report indicating they still disagree on whether the case should be dismissed at this time. (Dkt. # 93 at 1.) Respondent U.S. Department of Justice intends to issue a new subpoena. (*Id.*) The Court will provide one more extension for the parties to continue their

MINUTE ORDER - 1

negotiations regarding the *original* subpoenas. Accordingly, the parties are ORDERED to submit a joint status report by **July 12, 2024**, addressing whether this action should be dismissed.

Dated this 11th day of June, 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: Tim Farrell<br>
Deputy Clerk

MINUTE ORDER - 2