

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 13, 2024

By ECF
Honorable Michelle L. Peterson
United States Magistrate Judge
Western District of Washington
United States Courthouse
700 Stewart Street, Suite 12232
Seattle, WA 98101-9906

    Re:    *Amazon.com Service LLC v. U.S. Dept. of Justice, et al.*, C22-1815-JCC-MLP

Dear Judge Peterson:

    This Office represents the United States (the "Government") in the above-referenced matter. On June 11, the Court entered a Minute Order providing "one more extension for the parties to continue their negotiations regarding the *original* subpoenas" and directing that a joint status report be submitted by July 12, 2024, addressing whether this action should be dismissed. ECF No. 94, at 1–2 (emphasis in original). We write to clarify that the Government is not seeking any additional documents from Amazon pursuant to the original subpoenas, and the parties therefore are not engaged in any negotiations regarding those subpoenas. As the Government noted in the parties' joint status report of May 31, Amazon has taken the position that the Government's remaining requests fall outside the original subpoenas; accordingly, the Government intends to issue a new subpoena. We failed to state expressly in the joint letter that the Government is not seeking any further documents pursuant to the original subpoenas.

    We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney
                                      Southern District of New York

                By:    */s/ Adam Gitlin*
                         JACOB LILLYWHITE
                         DOMINIKA TARCZYNSKA
                         ELIZABETH J. KIM
                         JEFFREY OESTERICHER
                         ADAM GITLIN
                         DAVID FARBER
                         Assistant United States Attorneys
                         (212) 637-2634
                         adam.gitlin@usdoj.gov