THE HONORABLE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Amazon.com Services, LLC,<br><br>    *Petitioner*,<br><br>    v.<br><br>United States Department of Justice,<br><br>    *Respondent*,<br><br>    and<br><br>Martin J. Walsh, Secretary of the United States Department of Labor,<br><br>    *Intervenor*. | **Case No. 2:22-cv-01815-JCC-MLP**<br><br>**PETITIONER'S NOTICE OF ONGOING CONFERRAL EFFORTS REGARDING NEW SUBPOENA, AND OF STIPULATED EXTENSION OF SUBPOENA RETURN DATE** |

PETITIONER'S NOTICE OF ONGOING
CONFERRAL EFFORTS REGARDING NEW
SUBPOENA, AND OF STIPULATED EXTENSION
OF SUBPOENA RETURN DATE
(CASE NO. 2:22-CV-01815-JCC-MLP)

Gibson, Dunn & Crutcher LLP

DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104

Petitioner Amazon.com Services, LLC ("Amazon") respectfully advises the Court of the following developments in this action:

1. As stated in the parties' last joint filing, on July 10, 2024, Respondent the U.S. Department of Justice ("DOJ") issued to Amazon an additional document subpoena through which DOJ seeks documents it contends were called for by the prior FIRREA subpoena.

2. The Parties are engaged in meet-and-confer efforts regarding the new subpoena, with the goal of resolving any disputes over the subpoena without the need for Court intervention. These efforts include a telephonic meet-and-confer session the Parties intend to conduct on August 1.

3. To facilitate the meet-and-confer process, the parties have agreed to a return date (or motion deadline) of August 14, 2024.

PETITIONER'S NOTICE OF ONGOING CONFERRAL EFFORTS REGARDING NEW SUBPOENA, AND OF STIPULATED EXTENSION OF SUBPOENA RETURN DATE (CASE NO. 2:22-CV-01815-JCC-MLP)

DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 31, 2024 | Respectfully submitted, |
| 3 | | By: /s/ James E. Howard |
| 4 | | James E. Howard, WSBA# 37259 |
| | | DAVIS WRIGHT TREMAINE LLP |
| 5 | | 920 Fifth Avenue, Suite 3300 |
| | | Seattle, WA 98104 |
| 6 | | Telephone: +1 206.757.8336 |
| | | Facsimile: +1 206.757.7336 |
| 7 | | Email: jimhoward@dwt.com |
| 8 | | GIBSON, DUNN & CRUTCHER LLP |

Jason C. Schwartz (*pro hac vice*)
Ryan C. Stewart (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: +1 (202) 955-8500
jschwartz@gibsondunn.com
rstewart@gibsondunn.com

Zainab N. Ahmad (*pro hac vice*)
Mylan L. Denerstein (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: +1 (212) 351-4000
zahmad@gibsondunn.com
mdenerstein@gibsondunn.com

*Attorneys for Petitioner Amazon.com Services, LLC*

---

PETITIONER'S NOTICE OF ONGOING
CONFERRAL EFFORTS REGARDING NEW
SUBPOENA, AND OF STIPULATED EXTENSION
OF SUBPOENA RETURN DATE
(CASE NO. 2:22-CV-01815-JCC-MLP)

DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104

Gibson, Dunn &
Crutcher LLP