THE HONORABLE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

Amazon.com Services, LLC,

    *Petitioner*,

v.

United States Department of Justice,

    *Respondent*,

    and

Martin J. Walsh, Secretary of the United States Department of Labor,

    *Intervenor*.

Case No. 2:22-cv-01815-JCC-MLP

**JOINT STIPULATION REGARDING APPLICABILITY OF NOVEMBER 20, 2023 PROTECTIVE ORDER**

1  On July 10, 2024, Respondent the United States Department of Justice ("SDNY") issued a subpoena to Petitioner Amazon.com Services LLC ("Amazon") seeking productions of data, documents, and/or other information (the "Subpoena").

On August 1, 2024, and August 12, 2024, SDNY and Amazon met and conferred regarding the Subpoena, and Amazon subsequently agreed that it would make a production of data to SDNY in response to the Subpoena, preserving all rights and objections to the Subpoena.

Amazon and SDNY hereby stipulate and agree that the Protective Order issued by the Court on November 20, 2023 (the "Protective Order") shall apply in full to any and all productions of data, documents, and/or other information that Amazon makes to SDNY in response to the Subpoena.  This Stipulation covers only the application of the Protective Order to any response Amazon makes to the Subpoena; this Stipulation does not constitute a request by SDNY that the Court order any such production.

JOINT STIPULATION REGARDING
APPLICABILITY OF NOVEMBER 20, 2023
PROTECTIVE ORDER- 1
(CASE NO. 2:22-CV-01815-JCC-MLP)

DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104

DATED: August 20, 2024                    Respectfully submitted,

By: /s/ James E. Howard                    DAMIAN WILLIAMS
James E. Howard, WSBA# 37259               United States Attorney for the
DAVIS WRIGHT TREMAINE LLP                  Southern District of New York
920 Fifth Avenue, Suite 3300               *Attorney for the Government*
Seattle, WA 98104
Telephone:  +1 206.757.8336                By: /s/ Adam Gitlin
Facsimile:  +1 206.757.7336                JACOB LILLYWHITE
Email:  jimhoward@dwt.com                  JEFFREY OESTERICHER
                                           DOMINIKA TARCZYNSKA
GIBSON, DUNN & CRUTCHER LLP                ELIZABETH KIM
                                           ADAM GITLIN
Jason C. Schwartz (*pro hac vice*)         DAVID FARBER
Ryan C. Stewart (*pro hac vice*)           Assistant United States Attorneys
1050 Connecticut Avenue, N.W.              Telephone: (212) 637-2734
Washington, D.C. 20036                     E-mail: adam.gitlin@usdoj.gov
Telephone: +1 (202) 955-8500
jschwartz@gibsondunn.com
rstewart@gibsondunn.com

Zainab N. Ahmad (*pro hac vice*)
Mylan L. Denerstein (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: +1 (212) 351-4000
zahmad@gibsondunn.com
mdenerstein@gibsondunn.com

*Attorneys for Petitioner Amazon.com Services, LLC*

**IT IS SO ORDERED.**

DATED this 21st day of August, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge