1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

AMAZON.COM SERVICES LLC,

9

Petitioner,

Case No. C22-1815-JCC-MLP

10

v.

ORDER

11

UNITED STATES DEPARTMENT OF
JUSTICE,

12

13

Respondent.

14

15

16

17

18

19

20

21

22

23

Petitioner Amazon.com Services LLC originally filed this action on December 22, 2022,

seeking to modify subpoenas issued by Respondent United States Department of Justice between

August and December, 2022. (Dkt. ## 1, 7.) The parties have advised the Court that, while

Respondent no longer seeks further production under those subpoenas, Respondent issued a new

subpoena on July 10, 2024. (Dkt. # 96.) The parties agreed to extend the deadline for Petitioner

to challenge the new subpoena to August 14, 2024. (Dkt. # 97.) The deadline passed with no

challenge raised before this Court. On August 20, 2024, the parties filed a stipulated motion to

apply the protective order covering the original subpoenas (dkt. # 89) to the new subpoena. (Dkt.

# 98.) The Court granted the motion. (Dkt. # 99.) It appears there is no dispute remaining in this

matter, and accordingly the Court anticipates closing this action. The parties may file an optional

ORDER - 1

1    joint status report by **September 13, 2024**, if either has information establishing that a live

2    controversy remains.

3         The Clerk is directed to send copies of this order to the parties and to the Honorable John

4    C. Coughenour.

5         Dated this 29th day of August, 2024.

6

7                                    MICHELLE L. PETERSON
                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2